## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**Plaintiff**

    **vs.**                                                    **CASE NO.: 00CR -085-003 (CCC)**
                                                                  **3:00CR-862-001 (DRD)**

**SANDRO VELAZQUEZ-MEDINA**
**Defendant**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION RECOMMENDING EARLY TERMINATION
## OF SUPERVISED RELEASE

**TO THE HONORABLE**
**CARMEN CONSUELO CEREZO**
**U.S. DISTRICT JUDGE FOR THE**
**DISTRICT OF PUERTO RICO**

Comes now, Orlando Rullán, U.S. Probation Officer of this Honorable Court, respectfully informs and prays as follows:

On February 15, 2002, under docket number 00-085-03(CCC) the court sentenced Mr. Velázquez-Medina, to a term of imprisonment of twelve months (12) months and a term of supervised release of two (2) years, with the standard conditions of supervision. On that same date, under docket number 00-862-01 (DRD) Mr. Velázquez-Medina was sentenced to sixty three months (63) of imprisonment and a four year term of supervised release to be served concurrently with the sentence imposed in 00-085-03(CCC).

Mr. Velázquez Medina commenced his supervised release term on June 18, 2004 with an expiration date scheduled for June 17, 2008. Since the release date the offender has been under the

*Sandro Velazquez Medina*
*RE: Early Termination Recommendation*
*Page 2*

supervision of the U.S. Probation Office of the Middle District of Florida, and has made significant progress and demonstrated a favorable adjustment to supervision. According to United States Probation Officer, Heidi K. Pollpeter, Middle District of Florida, the offender has complied with all the imposed conditions. On December 14, 2006, correspondence was received from the U.S. Probation Office Middle District of Florida requesting that the court grant early termination in the above mentioned cases.

WHEREFORE, based on Mr. Velazquez-Medina's compliance with his conditions of supervised release, his proven long stability, the recommendation of United States Probation Officer, Ms. Heidi K. Pollpeter it is recommended that Mr.Velazquez-Medina be granted with the benefit of early termination. If your Honor concurs with this recommendation enclosed please find Probation form 35 to b executed and filed with the clerk of the court.

In San Juan, Puerto Rico this 22ND day of February 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Orlando Rullán
Orlando Rullán
U.S. Probation Officer U.S. Probation Office
Federal Office Building, Office 400
San Juan, PR 00918
Office: 787-766-6503
Fax: 787-766-5945
orlando_rullan @prp.uscourts.gov

*Sandro Velazquez Medina*
*RE: Early Termination Recommendation*
*Page 2*


**CERTIFICATE OF SERVICE**


HEREBY certify that on February 22nd , 2007,  I electronically filed the foregoing

motion with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following: Rosa Emilia Rodriguez Vélez U.S. Attorney and Federal Public

Defender Joseph Laws.

At San Juan, Puerto Rico, January 8th , 2007.


s/Orlando Rullán
Orlando Rullán
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Office 787-766-6503
Fax  787-766-5945
orlando_rullán @prp.uscourts.gov


ORLANDO RULLÁN/