PROB 35
(08/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# United States District Court
FOR THE
District of Puerto Rico

UNITED STATES OF AMERICA

v.

Crim. No. CR. 00-0085CCC

Sandro Velazquez-Medina

On June 18, 2004, the above named was placed on supervised release for a period of four (4) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Heidi K. Pollpeter
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from probation and that the proceedings in the case be terminated.

Dated this 1st day of March, 2007.

United States District Judge
CARMEN CONSUELO CEREZO